IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,

v.

PAUL RYAN and PENNY PRITZKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-227-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous.

/s/

Peter Oppeneer, Clerk of Court

5/15/2017

Date